## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **David Heintzelman** and | ) | |
| **Jennifer Heintzelman**, | ) | |
| | ) | Case No. 1:09-cv-314 |
| Plaintiffs, | ) | |
| | ) | Hon. Gordon J. Quist |
| v. | ) | |
| | ) | |
| **Creditors Financial Group LLC**, a | ) | |
| New York limited liability company, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### Notice of Dismissal

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs

file this Notice of Dismissal, with Defendant having served neither an answer nor a motion for

summary judgment.

This action is dismissed with prejudice.

Dated: April 22, 2009

/s/ Phillip C. Rogers
Phillip C. Rogers (P34356)
Attorney for Plaintiffs
40 Pearl Street, N.W., Suite 336
Grand Rapids, Michigan 49503-3026
(616) 776-1176
ConsumerLawyer@aol.com